Ernest M Hegedus
N2721 County Rd P
Rubicon, WI 53078
02/07/2018


Honorable Magistrate Judge William Duffin
United States Court House Room 250
571 E Wisconsin Avenue
Milwaukee, WI 53202


RE: CHARACTER WITNESS FOR KARL SCHNEIDER


Dear Honorable Magistrate Judge William Duffin:

My name is Ernest M Hegedus, Owner of ASAP Auto Glass, Inc. I am a US Citizen, married with 3 children and lifelong Wisconsin resident.

I have known Karl Schneider for approximately 14 years, during which he was my employee from 2007 until 2014.

Karl was initially employed as a trainee, and ultimately became my Lead Auto Glass Installer. During that time, I found him to be a trustworthy employee, handling cash from jobs, petty cash, as well as customer's vehicles with personal belongings. Karl was responsible for, and often solo in charge of his own work truck. The company work truck contained many thousands of dollars' worth of tools. While Karl was in my employment, I never had an incident of theft. He was a reliable employee who very seldom called in sick, and often stayed late to finish up his work.

During his employment with me, Karl became a father. His dedication to his child was very apparent. If Karl had an appointment for his daughter, or needed to pick his daughter up for any reason, he was very clear with his needs, and made sure to leave work on time to meet the demands as a father.

Since leaving my employment, Karl has kept in contact as a friend over the phone, as I have geographically moved an hour away. However, when possible, he has made an effort to visit us, for such events as our children's birthday parties and both he and his girlfriend have babysat our children. I have only allowed 4 babysitters for our children in the 12 years we have been parents – and that includes family members. Karl was also kind enough to offer support and came to my Mother's funeral this past December. I only wish I understood the turmoil he was in, and could have offered the same support.

Case 2:18-cr-00024-JPS    Filed 11/07/18    Page 1 of 18    Document 67-1

While I am deeply disappointed to hear of the charges against Karl, I do not believe him to be a flight risk. He is a loving father and partner to his girlfriend, and supportive friend.

If you have any questions regarding my opinions stated in this letter, please do not hesitate to contact me directly.

Respectfully,


Ernest M Hegedus

Your Honor,

My name is Bryan Schneider. I am the Warehouse/Assembly Supervisor at CMA/Flodyne/Hydradyne. I have an Associates Degree in Animation from Milwaukee Area Technical College. I am Karl Schneider's brother and I am willing to be Karl Schneider's third party custodian.

When I found out the charges Karl has faced against him I, like everyone else that knows Karl, was in complete shock. He has never been the type of person do anything like that. Growing up he always led a positive lifestyle; got good grades, worked a part time job during high school and full time from that moment on, worked on my uncles race team, custom body work, custom painting, and most recently living with my Grandma and helping her out around the house since my Grandpa died, but the list goes on. I've always respected the drive that he has.

Karl and I would spend time together with our kids, just like every other family. He is a great Uncle to my kids and a loving father to his daughter. My family always enjoyed my brothers company. My 3 year old loves him because he is always willing to do what it would take to get her to laugh. He cares immensely for his family and friends as we do him.

I know that Karl planned on checking himself in to Rogers Memorial Hospital 1/26/18 into inpatient rehab services. I'm positive that given the chance Karl would right any wrongs he may have done, be willing to get into a rehab program, or if possible, attempt to gain employment during the trial process and I am willing to help in anyway I can as well. I am willing to attend meetings and support groups with him as well as have check-ins throughout my day with him if it were to help.

I know that all my life, my brother has always been a decent, hardworking, trustworthy individual. I believe any behavior that Karl may have demonstrated was not by his doing, but the addiction, and I know that he has the willpower to overcome it. Karl Schneider is not a threat to the community. Please take my letter into consideration, I appreciate you taking the time to read this.

Should you need to verify any of my statements please do not hesitate to call me.

Sincerely,

Bryan Schneider
(414)702-4448

Your Honour,

My name is Chelsea Schneider. I am a Surgical Technologist at Waukesha Memorial Hospital. I am the wife to Bryan Schneider and the sister in law to Karl Schneider. I have known Karl for over a decade.

I understand that Karl is being charged with many accounts of armed robbery and I feel this is not the Karl I first met years ago.
Karl has been struggling with drugs for some time now and I don't believe he has had proper help to resolve this issue, as it has taken him down this path. Karl has always been there for family and is always a pleasure to be around. His unconditional love for his daughter is unfathomable. Karl also always shows his love for my own two children and supported them throughout their years.

As long as I have known Karl, he has always been a hardworking, loving, supportive person. I believe he fell in with the wrong crowd and is ready to turn his life around.

Sincerely,

Chelsea Schneider

(414)326-6245

To Judge William E Duffin,

I'm speaking from the bottom of my heart, I am Karl Schneider Auntie he is my nephew he's 31years old and a darn good nephew/Dad to a seven year old daughter Aydabelle Schneider he is a very good father to his daughter, he reads/plays, sings and is involved in her schooling, they enjoy walks in the park and playing barbies.

Karl Schneider is a hard worker and he gets along with his employees and his boss. Karl is the type of person that would help anyone out and even people he don't even know.

Karl is kind, caring, giving and has a good sense of humor he is very outing and funny, he even liked to play Jokes on us. Karl enjoys old classic cars, hot rods and muscle cars, he does custom painting and pin striping for a hobby, he also helps his cousin (my son) on his race car in summer he is the crew chief. Karl enjoys camping and boating with the family.

Karl Schneider is a man that has respect for everyone he meets, and puts others before himself when he's able. He see's others as his equal, he does not discriminate. I guess in life if you are intelligent, you are admired, if you are wealthy, you are envied, if you are powerful, you are feared, but if you're blessed with a GOOD HEART, you are remembered always. It's not about the wealth, power, and Intellect, but the LEGACY in life behind those people he has touched in life. My nephew Karl is my heart, he has open doors to rooms I never knew were there, he breaks through walls I don't recall building. He lights my darkest corners with the sparkle in his eyes.

Karl had a good life before the terrible drug, heroin took him away from us and made him do bad things and bad decisions in life and go down the wrong path. Heroin is the un-welcomed guest who has ruined our family and him!

Addiction is a "family disease." This nightmare became our reality, we never asked for and that is what gets us so angry at times, our entire life changed. Even though I am not an addict, I am suffering just as much, though in a different way because the family witnesses helplessly how one lapse in judgment, one wrong decision, one chemical dependency can ruin everything in such a young man. Karl Schneider is a good man, dad, nephew, son, grandson, brother, cousin.

I hope you find it in your heart also....


Thank you for your time.

Auntie Ann Szemborski

414-699-6765

To Judge William E. Duffin,

I am writing this letter on behalf of Karl Schneider. My name is Brandi Bacon, his on and off again significant other, and Mother of his 7 year old daughter. I have known Karl for about 12 years and dated for 10 years. Karl truly is a good person. And a wonderful father to our daughter, Aydabelle. He's the type of dad that would get his nail painted or make-up done by Aydabelle, just to see her smile. They enjoy playing Barbies, going to the park, bike rides, and even teaching her about cars and building things. He enjoys and loves spending time with her.

Karl has a great sense of humor and loving heart. He was always trying to help family and friends. He enjoys working on Sprint Cars with his Cousin Derek and Uncle Jerry. He is also an amazing Custom painter that works on cars, or anything that can be painted on. I am truly in love with this man, since the day I met him. We were finally starting to get our relationship on the right path and our family back together. He is a kind man with a great heart, truly. Always helping his elderly neighbors with anything they needed. Rain or shine.

Karl was only a few days from getting the professional help he needed, to stay on the correct path. He is deeply loved by so many. Myself and our daughter, very deeply. I still see that side of Karl, kind, caring, loving, funny and sensitive, before his addiction. I hope you can and will see the good heart that is still with Karl. All of his family and friends still do. I also believe he HAS learned from his terrible mistake and judgement of "friends". He deeply wants to become and stay the person with a good heart, that his daughter and I see. He is the love of my life, my soulmate. I appreciate you taking the time to read this, and hope you see the Karl that all of us see. Thank you,

Case 2:18-cr-00024-JPS    Filed 11/07/18    Page 6 of 18    Document 67-1

Feb. 6, 18

To whom it may concern,

This letter is in regards to my nephew Karl J. Schneider.

Karl was my crew chief on my race team.

Karl is smart and always ready to help me and others whenever needed. Not only at the track but anywhere.

He has never been in trouble.

Karl is a good person, a good nephew and a loveing father.

Thank you!

Gerald Szemborski

Feb 6, 2018

Dear Judge William Duffin,
   I am writing this letter to you about my grandson.
   He is the oldest of my 5 grandsons. All smart!
   Karl J. Schneider was a graduate of Pulaski H.S.
   He has never been in any trouble.
   Karl is also a very good father of a little 7 yr. old girl.
   All the jobs he has had he worked hard and barely took off.
   He is always willing to help others especially family.
   We all love him and don't believe this is our Karl.
   We all believe the drugs took over.
   I know that with help we can all get our Karl back.
   Please help him! We all love him.

      Very sincerely
    His grandmother
    Joan Szemborski

SPC Szemborski, Nathan

US Army

55749 Longstreet Dr.

Fort Riley, Kansas 66442

Nateski00@gmail.com

Your Honor,

I was asked to write a letter on behalf of my cousin Karl and to be honest with you. I'm kind of at a loss with words with this. Never in million years would I have ever expected this from him. If only you would of known the real Karl I grew up to know. He was honestly my role model growing up. He had determination and the will power to do well, be good while at the same time being a regular college kid trying to live and figure out what they wanted to do with their life.

Karl is the type of guy that would go out of his way to help a person in need even if he needed help to. He was always the one to put another person needs before his own. I know this because he was there for me threw my darkest days during my overseas tour in South Korea. He was there to help guide me and keep pushing me on to see the brightest days. Put yourself in my shoes for a second, imagine leaving home and hoping on a plane to another country were you don't know anybody and don't know there language or trying to find your way from being lost along the way. That was a huge culture shock to me but he showed me to look at it as a new adventure and try to learn what I could to succeed threw my tour there. Heck there was times were I was on video chat with him. Myself and him both tried to teach each other how to read their language the best we could so I could better find my way around there. That was a funny memory I definitely won't forget.

Part of me wish he would have reached out to me before what happened or better read his body language during the times when we would hang out just like I would do with my soldiers. I had a gut feeling that something was off with him lately but I never really questioned it because sometimes he seemed like the normal Karl I know. If I would have got his phone call I'm positive I could have changed his perspective on things so he wouldn't be where he is today standing in front of you fighting for a better future for himself. I've been told that Karl had planned to check himself into a program near the end of the week before his arrest. I do believe he has the will to change and to be a better person not only for himself. But for his daughter that hopefully doesn't have to experience seeing her father behind bars and have that thought of wonder why her father is in the place he is in now.

Karl is a good guy, a loving father to his daughter, and has a good character to himself. He just fell off the beaten path and has to find his way back to the path of rightfulness. Just know that I would give the shirt off my back if I knew it would him in a better predicament than myself because I know for a fact he would do it for me. For an example, when I was in one of my darker days he was there to kick me in my ass but also there to help guide me to do better and be a better person not only to myself, but for my family as well. Honestly I am the way I am today because I had him as my

role model to look up to. I grew up seeing him doing good and succeeding in life and I knew I could follow him and be like him to have a better life for myself. I enlisted in the Army back in 2013 with the help of him influencing me and giving me some good wisdom to live by. He told me to take my one in a lifetime opportunity that most citizens get the pleasure of knowing and don't worry about what's going on back home because there's nothing back here except a job working nine to five stuck on auto pilot. Taking his advice definitely is something that I do not regret. So please be fair to him with your judgement and give him an opportunity to better his life that he wouldn't want to pass up on.

Sincerely,

SPC Szemborski, Nathan

United States Army

Andrew Milbeck
1565 S. 10th Street
Milwaukee, WI 53204

February 7, 2018

RE: Karl Schneider

To: The Honorable Judge William E. Duffin

I have known Karl Schneider as a good friend I consider to be family for over 10 years. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Mr. Karl Schneider regarding this matter. I understand the seriousness of this matter however; hope the court will show some leniency.

Karl Schneider has always been an upright character in the community. In our friendship, he has really been there for me, especially when I was going through rough times in my life. He made it a point to be there and show a significant amount of support during a sudden and arduous job search. It was Karl Schneider that was a source of camaraderie for both my family and I, when loved ones passed away. He has truly been a good friend over the years.

In addition to our friendship, he is a usually upstanding member in the community. While it is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. In short, Karl Schneider expressed to me a deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration. Despite the current case, I still believe Karl Schneider to be an honorable individual, a valuable member of society, a great father and a good human being.

Sincerely,

Andrew milbeck

Your Honor,

My name is Ryan Kapustanczek, and I have known Karl Schneider about 20+ years. He is the older brother to one of my best friends. This path that he has recently gone down is very saddening, but also very surprising. He for as long as I can remember has been a very stand up guy, honest, humble, and hard working. I believe what he is currently being charged with is not the true man I grew up with, and even lived with. For a short time Karl, his brother Bryan, a friend of ours, and I all rented a house about 10 years ago. He at that time had a full time job, paid his share of the bills always on time. Karl was just your average 20 something living life, doing the right things, and taking care of his responsibilities. Since then he has become a father and although I don't see him much anymore I know that he absolutely loves that little girl with all his heart. He does a great job taking care of her, every time I see them his face is light up for her. I don't know what's going to happen to him, but I honestly believe that if given the help and chance we could get the real Karl to come back to us and be that fun, easy going guy that everyone got along with.

If any of my statements need verification, please do not hesitate to call me. My number is 414-202-6056.

Ryan Kapustanczek

414-202-6056

To Whom It May Concern,

I have known Karl Schneider as a close friend and consider him family for almost 12 years. We have had a close friendship throughout our early adult years into our 30's. I have worked along side of Karl as coworkers as well having our kids play together.

How I would define Karl would be caring, positive, and driven. He strives to make his friends and family happy by sparing any free time he has to help them out. His love for his daughter and family is something special. Karl has always had the best interest of others before himself going above and beyond to please everyone.

Karl Schneider is a person that help me become the person I am today. I have a wife, three kids, and 2 successful businesses that I don't believe I would have without him. Karl is an outstanding person and is no danger to anyone. Never have I been concerned about him not to be. These events that have occurred I believe to be missed step by him that he may never repeat.

Sincerely,

James J Boucher
(414) 916-4390

Thomas Schneider
3665 S. Pine Avenue
Milwaukee, WI 53207

February 6th, 2018

Your Honor,

I, Thomas Schneider, am writing on behalf of my nephew, Karl Schneider.

Although I do not spend time with Karl on a daily basis, all of my interactions with him have shown me that he is a caring, trustworthy individual and loving father to his 7-year-old daughter, Aydabelle. At family gatherings, Karl's light-hearted nature was always welcomed.

As a self-employed contractor in the field of home repair, I have recently had the opportunity to work with Karl when I needed help completing projects. During these projects he was reliable, diligent, expressed a willingness to learn new things, and overall did an excellent job.

Your honor, I am aware that Karl has admitted what he has done, but I know it would greatly benefit his entire family, especially his daughter Aydabelle, to have him home before and during his trial. Your time and consideration are both greatly appreciated.

Sincerely,

Thomas Schneider

Your Honor,

I've known Karl since 2002 he is a outgoing person a great dad to his daughter. He is always there if someone needs him he's there. I hope the courts are lenient with him I am going to lose a good friend to the poor decision he made. Thanks for taking the time to read this.

Don Lasky

414-708-1582

Judge William E. Duffin

My name is Lynn Schneider.
Karl Schneider mother.
This so, was not my son them
2 weeks!
The Karl I know and still
know that I raised is hard
working, compassionate, consid-
erate, has had good grades
in school. A very good father
to his now 4 year old daughter
by labelle.
Never smoked cigerettes.
He has been working since he
was 15 years old.
With being part of his uncles
sprint car racing team.
He was a crew chief.
Also does custom painting he
learned as a teenager from
his uncle and grampa.
(who retired from Harly Davidson 43yrs. later)
Which they painted Helmets,
sprint cars etc...

Case 2:18-cr-00024-JPS    Filed 11/07/18    Page 16 of 18    Document 67-1

After Karl turned 18 years old, he held jobs and stayed with the employeers more then 3yrs never less.

Karls, new endeavors was to go thru apprentieship program in the trades.

I hope, you take my letter into consideration and understand these were not the actions of the son I raised. But, the actions of a chemically induced individal.

Karl, was 1 day away from his getting his Health Ins. card for the 2 week program @ Rodgers Memorial Hospital

Sincerely,

Lynn Schneider
414 - 639 - 0092

Judge William E Duffin

This letter is coming from the Siegel family, cousins to Karl Schneider. During this terrible time we are writing this letter to Judge William E Duffin in hopes to you realizing what a great loving and caring family man Karl was before the drug took control of Karl. Several years ago Karl's life changed for the better when his now 7 year old daughter Aydabelle was born. We saw Karl become a man in a way he cared and provided for his daughter and his family, he put long hours in at work to make sure she had everything she needed, on Karl's visitation times with his daughter he enjoyed playing at parks, picking rocks to decorate them and taking long adventures walks. Karl also enjoyed his hobbies which are custom painting, racing and looking at hot rods and going to car shows. Karl helped Derek Siegel every weekend at the race track and during the week after work to make sure Derek's race care was safe and well maintained before every race.

Thank you Judge William E Duffin for taking your time and reading our letter and we hope you realize that Karl is a loving and caring family man and a great father and that you see that this wasn't Karl's action it was that terrible drug that took over Karl and it was someone under the influence.

Thank You: Siegel Family