# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

Telephone 414-221-9900
Facsimile 414-221-9901

November 16, 2018

Honorable J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE:     *United States v. Karl Schneider*
        Case No. 18-CR-24

Dear Judge Stadtmueller:

Undersigned counsel discussed with Mr. Schneider his right to appeal. Mr. Schneider considered his options and has decided not to pursue an appeal in this matter.

Sincerely,

Ronnie V. Murray
Counsel for Karl Schneider

Karl Schneider